1   Robert A. Bailey (#214688)
     rbailey@afrct.com
2   Chris A. Carr (#44444)
     ccarr@afrct.com
3   ANGLIN, FLEWELLING, RASMUSSEN
    CAMPBELL & TRYTTEN LLP
4   199 South Los Robles Ave., Suite 600
    Pasadena, CA 91101
5   Tel: (626) 535-1900
    Fax: (626) 577-7764
6
    Attorneys for Defendants,
7   WACHOVIA MORTGAGE, FSB
    (erroneously sued as Wachovia Mortgage Corporation
8   now known as Wachovia Mortgage a division of Wells
    Fargo Bank, NA)
9

J S - 6

10

11                  UNITED STATES DISTRICT COURT

12                 CENTRAL DISTRICT OF CALIFORNIA

13                                      | Case No:  2:09-cv-3925-JHN-FMOx
    LILLIAN GARCIA, an individual,      |
14                                      |
15                      Plaintiff,      | JUDGMENT OF DISMISSAL
16                                      |
                        vs.             |
17                                      |
18  WACHOVIA MORTGAGE                   |
    CORPORATION, a North Carolina       |
19  Corporation; GOLDEN WEST SAVINGS    |
    ASSOCIATION SERVICE CO., a          |
20  California corporation; and DOES 1  |
    through 10, inclusive,              |
21                                      |
22                      Defendants      |

23

24

25          On October 14, 2009, this Court granted Wachovia Mortgage, FSB's

26  (erroneously sued as Wachovia Mortgage Corporation) Motion to Dismiss the First

27  Amended Complaint.  The Court granted Plaintiff 20 days leave to file a Second

28  Amended Complaint ("SAC") but instructed that failure to timely file a SAC would

                                        1

1   result in dismissal of this action with prejudice.  To date, Plaintiff has not filed a SAC.

2       Therefore, this matter is hereby DISMISSED with prejudice.

3

4

    Dated:  March 03, 2010                                          _____
5                                                         Hon. Jacqueline H. Nguyen
                                                          United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28